IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01474-STV

LANE OFFICE FURNITURE, INC.,

    Plaintiff,

v.

DIRTT ENVIRONMENTAL SOLUTIONS, INC.,

    Defendant.

## STIPULATION OF DISMISSAL

    Plaintiff Lane Office Furniture, Inc. ("Lane Office") and Defendant DIRTT Environmental Solutions, Inc. ("DIRTT") (together, "the Parties"), each by and through their respective undersigned counsel, hereby STIPULATE and AGREE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the following:

    1.    Plaintiff dismisses with prejudice all claims relating to Defendant's alleged premature and/or improper termination of the Regional Partner Agreement between the Parties.

    2.    Plaintiff dismisses all other claims against Defendant without prejudice.

    Dated: July 6, 2020.

1

Respectfully Submitted,

| | |
|---|---|
| **BURG SIMPSON** <br> **ELDREDGE HERSH & JARDINE, P.C.** | **AKERMAN LLP** |
| | |
| */s/ Kirsten N. Kube* | */s/ Jeffrey J. Mayer (with permission)* |
| Michael S. Burg | Jeffrey J. Mayer |
| David P. Hersh | 71 South Wacker Drive |
| David K. TeSelle | 46th Floor |
| Kirsten N. Kube | Chicago, IL 60606 |
| 40 Inverness Drive East | Telephone: (312) 634-5733 |
| Englewood, CO 80112 | E-Mail: jeffrey.mayer@akerman.com |
| Telephone: (303) 792-5595 | |
| Facsimile: (303) 708-0527 | *Attorneys for Defendant DIRTT* |
| E-Mail: mburg@burgsimpson.com | *Environmental Solutions, Inc.* |
| E-Mail: dhersh@burgsimpson.com | |
| E-Mail: dteselle@burgsimpson.com | |
| E-Mail: kkube@burgsimpson.com | |
| | |
| *Attorneys for Plaintiff Lane Office* <br> *Furniture, Inc.* | |